**O**

# United States District Court
# Central District of California

| | |
|---|---|
| MELISA ARELLANES,<br><br>          Plaintiff,<br><br>     v.<br><br>GLAXOSMITHKLINE LCC,<br><br>          Defendant. | Case № 2:15-cv-05544-ODW (RAO)<br><br>**ORDER TO SHOW CAUSE RE: POTENTIAL TRANSFER TO MULTIDISTRICT LITIGATION COURT, MDL NO. 2657** |

      On October 13, 2015, the Judicial Panel on Multidistrict Litigation created MDL No. 2657, *In Re: Zofran (Ondansetron) Products Liability Litigation*. The Panel's Transfer Order designated the District of Massachusetts as the transferee court for twelve currently pending matters, and designated any other related federal actions as "potential tag-along actions." Conditional Transfer Order, MDL No. 2657, http://www.jpml.uscourts.gov/sites/jpml/files/MDL-2657-Initial_Transfer-10-15.pdf.

      This Court now asks the parties if the case at bar involves such common questions of fact with the motions transferred to MDL No. 2657 that transfer to the MDL court in the District of Massachusetts is now appropriate. Alternatively, parties are to explain why, in the face of any commonalities between this action and those under the MDL, this matter should remain before this Court.

Parties are to respond, in writing, to the above questions, including by joint stipulation, by November 12, 2015. A request by Defendant for the Judicial Panel to transfer the case at bar under Judicial Panel on Multidistrict Litigation Rule 7.1(a) will be considered a valid response to this Order.

All other dates and deadlines in this action **REMAIN** on calendar.

**IT IS SO ORDERED.**

October 29, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**